United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-18007-elf
David J. Artis                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Pamela          Page 1 of 1          Date Rcvd: May 11, 2018
                              Form ID: 152          Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2018.
```
db          +David J. Artis,    1835 N. 60th Street,     Philadelphia, PA 19151-3515
14020188    +David J. Artis,    1835 N 60 th Street,     Philadelphia, PA 19151-3515
14020189    +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
14020191    +KML Law Group, PC,    701 Market Street,    Philadelphia, PA 19106-1538
14071456    +Pennsylvania Housing Finance Agency,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,
              710 Market Street, Suite 5000,    Philadelphia, PA 19106-2312
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov May 12 2018 02:10:02      City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 12 2018 02:09:57      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14097958     E-mail/Text: bankruptcy@phila.gov May 12 2018 02:10:02      City of Philadelphia,
              Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA  19102-1595
14037793    +E-mail/Text: key_bankruptcy_ebnc@keybank.com May 12 2018 02:09:50      KeyBank N.A.,
              4910 Tiedeman Road,    Brooklyn, Ohio 44144-2338
14020190    +E-mail/Text: key_bankruptcy_ebnc@keybank.com May 12 2018 02:09:50      Keybank Na,
              4910 Tiedman Road,    Brooklyn, OH 44144-2338
14068041    +E-mail/Text: blegal@phfa.org May 12 2018 02:09:44      PENNSYLVANIA HOUSING FINANCE AGENCY,
              211 North Front Street,    Harrisburg, PA 17101-1406
14020192    +E-mail/Text: blegal@phfa.org May 12 2018 02:09:44      Pa Housing Finance Age,    PO Box 8029,
              Harrisburg, PA 17105-8029
14046118     E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 12 2018 02:09:14
              Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
              Harrisburg PA  17128-0946
                                                                                              TOTAL: 8
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2018 at the address(es) listed below:
```
              JOHN L. MCCLAIN    on behalf of Debtor David J. Artis aaamcclain@aol.com, edpabankcourt@aol.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 4
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: David J. Artis

    Debtor(s)

Case No: 17–18007–elf

Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 6/5/18 at 10:00 AM , in Courtroom #1, 900 Market Street, Philadelphia, PA 19107

 

For The Court

Timothy B. McGrath
Clerk of Court

21 – 18
Form 152