United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-18007-elf
David J. Artis                                                      Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia              Page 1 of 1            Date Rcvd: Jul 17, 2018
                            Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2018.
db             +David J. Artis,    1835 N. 60th Street,    Philadelphia, PA 19151-3515

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2018 at the address(es) listed below:
        JOHN L. MCCLAIN    on behalf of Debtor David J. Artis aaamcclain@aol.com, edpabankcourt@aol.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                  TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    Artis, David J.
        Debtor : 17-18007

**AMENDED ORDER DIRECTING EMPLOYER* TO MAKE WAGE
DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:
Tasty Baking Company
4300 S 26th Street
Philadelphia, PA 19112**

Re:   **Artis, David J.**
SSN:  xxx-xx-4880

    The future earnings of the above named debtor Artis, David J., being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's amended chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$325.00 for 9 months (Started on December 2017), then as of September 1, 2018, the payments shall increase to $375 monthly for a period of 51 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$325.00 for 9 months (Started on December 2017), then as of September 1, 2018, the payments shall increase to $375 monthly for a period of 51 months to:**

    William C. Miller, Trustee, P.O. Box 1799, Memphis, TN  38101-1799

BY THE COURT:_____  7/17/18
                             JUDGE

Tasty Baking Company
4300 S 26th Street
Philadelphia, PA 19112

Artis, David J.

1835 N 60 th Street
Philadelphia, PA 19151

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123