**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    Artis, David J.

    Debtor(s) : 17-18007

    :

**ORDER TERMINATING WAGE ORDER**

    **AND NOW,** this 5th day of August 2021, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

    **ORDERED**, that the wage order previously entered in this case, directing Tasty Baking Company to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

BY THE COURT

_____
JUDGE   ERIC L. FRANK

Tasty Baking Company
4300 S 26th Street
Philadelphia, PA 19112

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Artis, David J.

1835 N 60 th Street
Philadelphia, PA 19151

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106